# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

SHENIQUA L. WATSON,

    **Plaintiff,**

v.                                                      Civil Action No. 3:16cv985

**VIRGINIA DEPARTMENT OF**
**AGRICULTURE AND**
**CONSUMER SERVICES,**

    **Defendant.**

## MEMORANDUM ORDER

Plaintiff Sheniqua L. Watson brings this action against Defendant Virginia Department of Agriculture and Consumer Services ("VDACS") alleging race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, slander, libel, and violations of the Equal Pay Act of 1963 (the "EPA"). VDACS moved to dismiss the Complaint (the "Motion to Dismiss"). (ECF No. 6.)

The Court referred the Motion to Dismiss to the Honorable Roderick C. Young, United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.) Judge Young filed a Report and Recommendation ("R&R") on February 5, 2018. (ECF No. 11.) Judge Young recommended that:

    1) VDACS's Motion to Dismiss, (ECF No. 6), be granted; and,

    2) Watson's Amended Complaint, (ECF No. 3), be dismissed with prejudice.

(R&R 17, ECF No. 11.)

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by Judge Young within fourteen days after being served with a copy of the R&R. 28 U.S.C. § 636(b)(1); (R&R 17). On January 29, 2018, Watson filed

"Objections to Judge[']s Recommendation" (the "Objection"). (ECF No. 17.) The Objection is not a model of clarity. However, a liberal reading of the filing suggests that Watson objects to Judge Young's recommended finding that she failed to state a claim for a violation of the EPA. (Obj. 1, ECF No. 17.) Watson further objects to Judge Young's recommended finding that she failed to state a claim under Title VII for either race discrimination or retaliation. (*Id.* at 2.) Watson cites no law in support of her objections and merely restates arguments she made in her response to the Motion to Dismiss, (*see* Pl.'s Resp. Mot. Dismiss, ECF No. 8), all of which Judge Young thoroughly and thoughtfully considered in the R&R and correctly deemed meritless.[1] VDACS filed no objections to the R&R, and the time to do so has expired.

The Court has conducted a *de novo* review of the R&R and Watson's objections. Finding no error in the R&R, the Court:

1) ADOPTS the Report and Recommendation IN FULL except for the finding that Watson's Complaint be dismissed with prejudice (ECF No. 11);

2) GRANTS VDACS's Motion to Dismiss, (ECF No. 6); and,

3) DISMISSES WITHOUT PREJUDICE Watson's Amended Complaint, (ECF No. 3).

---

[1] Watson also attaches to the Objection almost two hundred pages of documents, which she obtained in November 2017 through a Freedom of Information Act request. (*See* ECF Nos. 17-1, 17-2, 17-3, 17-4.) First, these documents and the information they contain are not properly before the Court. *See* Fed. R. Civ. P. 15(a)(2). In any event, nothing in these records counters Judge Young's recommended findings regarding the complaints Watson alleges about her workplace treatment in 2013 and 2014. Accordingly, even if the Court were to consider them, these documents would not establish facts sufficient to state a claim under either the EPA or Title VII.

2

Let the Clerk send a copy of this Memorandum Order to all counsel of record and to Watson at her address of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/12/18
Richmond, Virginia